| | |
|---|---|
| 1 | COGBURN LAW OFFICES |
| | Jamie S. Cogburn, Esq. |
| 2 | Nevada Bar No. 8409 |
| | jsc@cogburnlaw.com |
| 3 | Joshua A. Dowling, Esq. |
| | Nevada Bar No. 12956 |
| 4 | jdowling@cogburnlaw.com |
| | 2580 St. Rose Parkway, Suite 330 |
| 5 | Henderson, Nevada 89074 |
| | Telephone: (702) 748-7777 |
| 6 | Facsimile: (702) 966-3880 |
| | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAWNDRA L. HEATH, an individual, | Case Number |
| | 2:17-cv-02869-GMN-PAL |
| Plaintiff, | |
| vs. | **ORDER TO EXTEND TIME FOR SERVICE** |
| TRISTAR PRODUCTS, INC., a Pennsylvania corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD, a foreign corporation; DOE Individuals 1–10; and ROE Corporations 11–20; | |
| Defendants. | |

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Whereas Plaintiff Tawndra Heath (the "Plaintiff") timely filed a Motion to Extend Time for Service, and upon good cause shown;

. . .

IT IS HEREBY ORDERED that the time to serve Defendant Zhongshan Jinguang Household Appliance Manufacture Co., Ltd is extended to six months from the date of this order.

IT IS SO ORDERED

Dated: April 6, 2018

_____
UNITED STATES MAGISTRATE JUDGE