Vaughn A. Crawford
Nevada Bar No. 7665
Alexandria L. Layton
Nevada Bar No. 14228
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
vcrawford@swlaw.com
alayton@swlaw.com

Michael John Lopes (*Admitted Pro Hac Vice*)
GORDON & REES
One Battery Park Plaza, 28th Floor
New York, NY 10004
(212) 453-0752
mlopes@grsm.com

*Attorneys for Defendant*
*Tristar Products, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAWNDRA L. HEATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD., a foreign corporation; DOE Individuals 1 – 10; and ROE Corporations 11 – 20;<br><br>Defendants. | Case No. 2:17-cv-02869-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective counsel, that the deadline for Defendant Tristar Products, Inc. to respond to Plaintiff's Motion for Leave to File Second Amended Complaint ("Motion") be extended from September 25, 2018 to September 28, 2018.

Plaintiff's new deadline to submit her reply in support of the Motion will be October 7, 2018. A hearing has not been set on the Motion.

DATED this 25th day of September, 2018.

**SNELL & WILMER L.L.P.**

By: */s/ Alexandria Layton*
Vaughn A. Crawford
NV Bar No. 7665
Alexandria L. Layton
NV Bar No. 14228
3883 Howard Hughes Pkwy., Suite 1100
Las Vegas, NV 89169

**GORDON & REES**
Michael John Lopes (*Admitted Pro Hac Vice*)
One Battery Park Plaza, 28th Floor
New York, NY 10004

*Attorneys for Defendant
Tristar Products, Inc.*

DATED this 25th day of September, 2018.

**COGBURN LAW OFFICES**

By: */s/ Joshua A. Dowling*
Jamie S. Cogburn, Esq.
Joshua A. Dowling, Esq.
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2018

# **CERTIFICATE OF SERVICE**

I hereby declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** by the method indicated below and addressed to the following:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☐ **BY PERSONAL DELIVERY:** by causing personal delivery by _____, a messenger service with which this firm maintains an account, of the document(s) listed above to the person(s) at the address(es) set forth below.

☒ **BY ELECTRONIC SUBMISSION:** submitted to the above-entitled Court for electronic filing and service upon the Court's Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

| | |
|---|---|
| Jamie S. Cogburn, Esq.<br>Joshua A. Dowling, Esq.<br>**Cogburn Law Offices**<br>2580 St. Rose Parkway, Suite 330<br>Henderson, NV 89074<br>(702) 748-7777<br>(702) 966-3880 fax<br>jsc@cogburnlaw.com<br>jdowling@cogburnlaw.com<br><br>*Attorneys for Plaintiff* | Pete C. Wetherall, Esq.<br>**Wetherall Group, LTD**<br>9345 W. Sunset Road, Suite 100<br>Las Vegas, NV 89148<br>(7020 838-8500<br>pwetherall@wetherallgroup.com<br><br>*Attorneys for Plaintiff* |

DATED this 25th day of September, 2018.   /s/ Richard Schaan
                                                  An Employee of Snell & Wilmer L.L.P.