# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAWNDRA L. HEATH,<br><br>Plaintiff,<br>v.<br><br>TRISTAR PRODUCTS, INC.,<br><br>Defendants. | Case No. 2:17-cv-02869-GMN-PAL<br><br>ORDER |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The Settlement Conference currently set for June 12, 2019 at 9:00 a.m. is **CONTINUED** to **July 31, 2019, at 9:00 a.m.**, in Chambers Room 3071.
2. The deadline for chambers to receive the confidential settlement statements shall be **CONTINUED** to **July 24, 2019**.
3. All other instructions within the original Order Setting Settlement Conference (ECF No. 91) shall remain in effect.

DATED this 16th day of April, 2019.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1