UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TAWNDRA L. HEATH,<br><br>                  Plaintiff,<br>  v.<br>TRISTAR PRODUCTS, INC.,<br><br>                  Defendant. | Case No. 2:17-cv-02869-GMN-BNW<br><br>ORDER |

Based on the scheduling needs of the court,

**IT IS ORDERED** that:

1. The settlement conference currently scheduled for July 31, 2019 is **VACATED** and **CONTINUED** to **August 14, 2019 at 9:00 a.m.**
2. Confidential settlement statements shall be due no later than **August 7, 2019**.
3. All other instructions within the original Order Setting Settlement Conference (ECF No. 91) shall remain in effect.

DATED this 6th day of May, 2019.

                                              BRENDA WEKSLER
                                      UNITED STATES MAGISTRATE JUDGE