UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAWNDRA L. HEATH,<br><br>                           Plaintiff,<br>    v.<br>TRISTAR PRODUCTS, INC, et al.,<br><br>                         Defendants. | Case No. 2:17-cv-02869-GMN-BNW<br><br>ORDER |

      Before the court is the parties' Joint Stiuplation [sic] and Order to Reschedule Settlement Conference (ECF No. 100). The parties stipulate to continue the settlement conference which is currently set for August 22, 2019, to September 18, 2019. Unfortunately, counsel did not confer with the court and the court has a preexisting conference that day.

      Accordingly,

      **IT IS ORDERED** the court will reschedule the settlement conference to its earliest available date of **October 16, 2019**. Plaintiff must report to Magistrate Judge Weksler's chambers, Room 3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada, at **8:30 a.m.** Defendant(s) must report to Magistrate Judge Weksler's chambers at **9:00 a.m.** Confidential settlement statements shall be due no later than **4:00 p.m. October 9, 2019**. All other instructions within the original Order Setting Settlement Conference (ECF No. 91) shall remain in effect.

      DATED: August 6, 2019

                                                                     BRENDA WEKSLER
                                                                       UNITED STATES MAGISTRATE JUDGE