Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER LLP.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: vcrawford@swlaw.com
        ddavis@swlaw.com
*Attorneys for Defendant*
*Tristar Product, Inc.*

Michael J. Lopes Esq.
Admitted *Pro Hac Vice*
Gordon & Rees LLP
1 Battery Park Plaza 28th Floor
New York, New York 10004
Telephone: 212-453-0752
Facsimile: 212-269-5505
Email: mlopes@grsm.com
*Co-counsel for Defendant*
*Tristar Product, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TAWNDRA L. HEATH, an individual, | Case Number |
| | 2:17-cv-02869-GMN-BNW |
| Plaintiff, | |
| | |
| vs. | **JOINT MOTION TO CONTINUE THE** |
| | **MAY 18, 2020 TRIAL DATE** |
| TRISTAR PRODUCTS, INC., a Pennsylvania corporation; Zhongshan Jinguang Household Appliance Manufacture Co., LTD., a foreign corporation; DOE Individuals 1–10; and ROE Corporations 11–20; | |
| | |
| Defendant. | |

**TO THE HONORABLE COURT:**

Plaintiff, Tawndra L. Heath, by and through her counsel, Joseph J. Troiano of Cogburn Law Offices, and Defendants Tristar Products Inc. and Zhongshan Jinguang Household Appliance Manufacture Co., LTD by and through their counsel Dawn Davis of Snell & Wilmer and Michael Lopes, Esq. of Gordon Rees Scully Mansukhani LLP (collectively "parties") hereby move jointly to continue to the May 18, 2020 trial of this action.

This motion is made pursuant to Local Rule IA 6-1, and is based on the grounds that good cause exists for the court to consent to continue the trial date based on the COVID-19 epidemic. This is the first request for a trial continuance.

Dated: April 2, 2020

GORDON REES SCULLY MANSUKHANI LLP

By: /s/ Michael J. Lopes
Michael J. Lopes
*Attorneys for Defendants*

SNELL & WILMER L.L.P

By: /s/ Dawn L. Davis
Dawn L. Davis
*Attorneys for Defendants*

COGBURN LAW OFFICES

By: /s/ Joseph Troiano
Joseph Troiano
*Attorneys for Plaintiff*

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.     STATEMENT OF FACTS**

    **a.     Procedural History of this Case.**

Plaintiff sued Defendants in order to recover for burn injuries sustained arising out of a December 29, 2016 incident allegedly caused by a defective pressure cooker manufactured by Defendants. On or about October 12, 2017, Plaintiff Tawndra L. Heath commenced an action against Tristar Products, Inc. in the Eighth Judicial District Court for Clark County, Nevada. On or about November 15, 2017, the case was removed to the United States District Court – District of Nevada.

On December 18, 2019, the Court entered the parties' Joint Pretrial Order (ECF 110). The Joint Pretrial Order set forth the following dates for trial:

- Trial briefs, exhibit and witness lists, proposed voir dire, and proposed jury instructions due no later than 5/7/2020;
- Calendar Call set for 5/12/2020;
- Jury Trial set for 5/18/2020.

    **b.     Events Since the Trial Date was Scheduled.**

On March 11, 2020, the World Health Organization ("WHO") publicly characterized the Coronavirus (COVID-19) as a pandemic. *See* World Health Organization, *WHO Director-General's opening remarks at the media briefing on COVID-19 - 11 March 2020*, https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020 (accessed April 2, 2020).

On March 11, 2020, after "the number of cases of COVID-19 outside China . . . increased 13-fold, and the number of affected countries . . . tripled," the World Health Organization formally declared COVID-19 a global pandemic. *See id.*

On March 12, 2020, Governor Steve Sisolak issued a Declaration of Emergency for the State of Nevada. *See Response in NV*, https://nvhealthresponse.nv.gov/preparation-in-nv/ (accessed April 2, 2020).

SNELL & WILMER
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NEVADA 89169

SNELL & WILMER
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NEVADA 89169

On March 13, 2020, President of the United States Donald Trump declared a nationwide emergency. *See COVID-19 Declaration of Emergency Directive 002*, http://gov.nv.gov/News/Emergency_Orders/2020/2020-03-18_-_COVID-19_Declaration_of_Emergency_Directive_002/ (accessed April 2, 2020).

The White House issued Coronavirus guidance on March 16, 2020, called "The President's Coronavirus Guidelines for America – 15 Days to Stop the Spread," which instructed people that "**IF YOU ARE AN OLDER PERSON**, stay home and away from other people." (emphasis in original). *The President's Coronavirus Guidelines for America*, https://www.whitehouse.gov/wp-content/uploads/2020/03/03.16.20_coronavirus-guidance_8.5x11_315PM.pdf (accessed April 2, 2020).

Even for those under 60 years of old, the White House guidance provides instruction to avoid spreading the coronavirus. "Even if you are young, or otherwise healthy, you are at risk and your activities can increase the risk for others. It is critical that you do your part to slow the spread of the coronavirus." That guidance includes the following instructions: "Work or engage in schooling **FROM HOME** whenever possible." "**AVOID DISCRETIONARY TRAVEL**, shopping trips, and social visits." "**AVOID SOCIAL GATHERINGS** in groups of more than 10 people." (emphasis in original). *Id.*

On March 20, 2020, Governor Sisolak directed non-essential businesses to close until at least April 16, 2020. *See COVID-19 Declaration of Emergency Directive 003*, https://nvhealthresponse.nv.gov/wp-content/uploads/2020/03/2020-03-20.Declaration-of-Emergency-Directive-003-2.pdf (accessed April 2, 2020).

The virus has also impacted lawyers, caused delayed trials and court closures. Law360, *Coronavirus: The Latest Court Closures And Restrictions*, https://www.law360.com/articles/1252836/coronavirus-the-latest-court-closures-and-restrictions (accessed April 2, 2020).

The United States Surgeon General said to "[a]ct like you have the virus," adding that 15 days of avoiding people would not be enough to stop the spread. The Independent, https://www.msn.com/en-gb/health/medical/act-like-you-have-the-virus-e2-80-99-us-surgeon-

general-says-15-day-lockdown-won-e2-80-99t-be-enough-as-coronavirus-cases-rise/ar-BB11nlew (accessed April 2, 2020).

The CDC advises people not to travel within Unites States for non-essential travel if there is spread of COVID-19 where the travel is occurring, on its webpage specifically targeting people traveling within the United States.  *See* Center for Disease Control, *Coronavirus and Travel in the United States*  https://www.cdc.gov/coronavirus/2019-ncov/travelers/travel-in-the-us.html (accessed April 2, 2020).

Upon information and belief, there is a spread of COVID-19 in every state, including specifically those states and counties the Parties' and their witnesses intend on traveling from.  New York Times, March 19, 2020, https://www.nytimes.com/interactive/2020/us/coronavirus-us-cases.html, "Coronavirus Map: U.S. Cases Surpass 10,000," Updated March 19, 2020, 11:28 A.M. E.T.

**II.     LEGAL ANALYSIS**

**a.     Legal Standard for Continuing a Trial Date**

Pursuant to local rules 6-1 and 26-4, a trial court may grant a motion to continue a trial date if good cause exists. Courts interpret good case as a "non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Alexander v. Wal-Mart Stores, Inc.,* No. 2:11-CV-752 JCM, 2012 U.S. Dist. LEXIS 129615, *2 (D. Nev. September 12, 2012), citing *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010).

**b.     Good Cause Exists in This Case to Continue the Trial Date**

The parties agree that good cause exists to continue the trial date due to the COVID-19 epidemic.

The unprecedented COVID-19 virus has rapidly spread across the globe and has resulted in positive tests and outbreaks in every state in the United States.  At this time, the Parties anticipate the COVID-19 pandemic will have impact on their ability to conduct the trial of this action.  This includes evolving and unanticipated restrictions of groups (recently limiting groups of 10 people), travel restrictions, staffing issues, and issues with third party vendors.  These delays are both unanticipated and unavoidable due to the virus.

SNELL & WILMER
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NEVADA 89169

SNELL & WILMER

L.L.P.

LAW OFFICES
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NEVADA 89169

1  Co-Counsel for Defendants is located in New York City which is one of the epicenters
2  of the COVID-19 outbreak in the United States.  Plaintiff's engineering expert is based in Southern
3  California.  Defendant's engineering expert is based in Chicago, Illinois.  Plaintiff's warnings
4  expert is based in Spokane, Washington.  Tristar has witnesses based in Florida.  Tristar's assistant
5  general counsel is based in Maryland.  All of these areas continue to be impacted by the COVID-
6  19 pandemic.

7  At least one of the witnesses in this case is over 60 years old and at higher risk of
8  complications and death from COVID-19 because of their age.

9  Given the uncertainty caused by this epidemic for travel restrictions and gatherings of
10  groups of people, the Parties agree that good cause exists to continue the May 18, 2020 trial date to
11  another date which will be submitted by the parties through a supplemental Joint Pretrial Order
12  with leave of the Court.

13  ## III.   CONCLUSION

14  For the foregoing reasons, good cause exists and the parties jointly respectfully request that
15  this Court allow the parties to submit a supplemental Joint Pretrial Order with three new proposed
16  trial dates and continue the trial date.

17  Dated: April 2, 2020                          GORDON  REES  SCULLY  MANSUKHANI
18                                                LLP

19                                                By: /s/ Michael J. Lopes
20                                                Michael J. Lopes Esq.
                                                  Admitted *Pro Hac Vice*
21                                                Gordon & Rees LLP
                                                  1 Battery Park Plaza 28th Floor
22                                                New York, New York 10004
                                                  Email: mlopes@grsm.com
23                                                *Co-counsel for Defendants*

24

25

26

27

28

Dated: April 2, 2020                    SNELL & WILMER L.L.P

                                        By: /s/ Dawn L. Davis
                                        Dawn Davis, Esq.
                                        Nevada Bar No. 12505
                                        SNELL & WILMER LLP.
                                        3883 Howard Hughes Parkway, Ste 1100
                                        Las Vegas, Nevada 89169
                                        Email: ddavis@swlaw.com
                                        *Attorneys for Defendants*


Dated: April 2, 2020                    COGBURN LAW OFFICES

                                        By: /s/ Joseph J. Troiano
                                        Joseph J. Troiano
                                        Nevada Bar. No. 12505
                                        2580 St. Rose Parkway, Suite 330
                                        Henderson, Nevada 89074
                                        Email: jtroiano@cogburnlaw.com
                                        *Attorneys for Plaintiff*


## ORDER

**IT IS HEREBY ORDERED** that the above Joint Motion to Continue Trial, (ECF No. 115), is **GRANTED**. Accordingly, the jury trial currently set for May 18, 2020, and the calendar call currently set for May 12, 2020, are **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a supplemental proposed joint pretrial order by July 3, 2020.

**DATED** this  4  day of April, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all counsel in this matter; all counsel being registered to receive Electronic Filing.

*/s/ Lyndsey Luxford*
An employee of Snell & Wilmer L.L.P.

4825-0547-5769

SNELL & WILMER
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY
SUITE 1100
LAS VEGAS, NEVADA 89169

- 8 -