Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

Michael John Lopes (*Pro Hac Vice*)
GORDON & REES
One Battery Park Plaza, 28th Floor
New York, NY  10004
(212) 453-0752
mlopes@grsm.com

*Attorneys for Defendants Tristar Products, Inc. and Zhongshan Jinguang Household Appliance Manufacture Co. Ltd.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAWNDRA L. HEATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD., a foreign corporation; DOE Individuals 1 – 10; and ROE Corporations 11 – 20;<br><br>Defendants. | CASE NO. 2:17-cv-02869-GMN-BNW<br><br>**STIPULATED MOTION FOR STEPHEN R. ROBINSON TO WITHDRAW AS COUNSEL** |

In accord with LR IA 11-6(b), and stipulation by Plaintiff, Stephen Robinson, Esq., Associate General Counsel for Tristar Products, Inc. ("Tristar"), requests that the Court enter an order permitting Stephen Robinson, Esq. to withdraw as counsel of record for Tristar in this action.  Mr. Robinson's withdrawal will not result in delay of the trial or any other matter in in this case as Tristar remains represented by outside counsel Michael J. Lopes, Esq., Vaughn A. Crawford, Esq. and Dawn L. Davis, Esq.

As Tristar's Associate General Counsel, Stephen Robinson, Esq. certifies that Tristar is fully aware and approves of his withdrawal as counsel of record.

Dated: July 9, 2021                                  TRISTAR PRODUCTS, INC.

By: /s/ *Stephen R. Robinson*
Stephen R. Robinson, Esq. (*Pro Hac Vice*)
2620 Westview Drive
Wyomissing, Pennsylvania 19610
Email: srobinson@tristarproductsinc.com

*Associate General Counsel for Tristar Products, Inc.*

Dated: July 9, 2021                                  GORDON REES SCULLY MANSUKHANI LLP

By: /s/ *Michael J. Lopes*
Michael J. Lopes Esq. (*Pro Hac Vice*)
1 Battery Park Plaza 28th Floor
New York, New York 10004
Email: mlopes@grsm.com

*Co-counsel for Defendants*

SNELL & WILMER L.L.P

Dated: July 9, 2021

By: /s/ *Dawn L. Davis*
Dawn L. Davis, Esq.
Nevada Bar No. 13329
3883 Howard Hughes Parkway, Ste 1100
Las Vegas, Nevada 89169
Email: ddavis@swlaw.com

*Co-counsel for Defendants*

Dated: July 9, 2021                                  COGBURN LAW OFFICES

By: /s/ *Joseph J. Troiano*
Joseph J. Troiano
Nevada Bar. No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Email: jtroiano@cogburnlaw.com

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2021