COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
jjt@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAWNDRA L. HEATH, an individual,<br><br>           Plaintiff,<br><br>     vs.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD, a foreign corporation; DOE Individuals 1–10; and ROE Corporations 11–20,<br><br>           Defendant. | Case Number:<br>2:17-cv-02869-GMN-BNW<br><br>**STIPULATION TO WITHDRAW<br>CERTAIN CLAIMS** |

The Parties herein, through their respective counsel of record, submit this Stipulation to Withdraw Certain Claims, as follows:

1.     Plaintiff, Tawndra L. Heath, agrees to voluntarily dismiss her claims for Negligence and Breach of Warranty against Defendants Tristar Products, Inc. and Zhongshan Jinguang Household Appliance Manufacture Co., Ltd., with prejudice, with each side to bear their own costs and fees.

. . .

2. Plaintiff's remaining claims against Defendants are: (1) Strict Products Liability (as to design, manufacture and warning); (2) Violation of Nevada Consumer Protection Laws; and (3) Punitive Damages.

IT IS SO STIPULATED.

Dated this 29th day of July, 2021.

COGBURN LAW

By: */s/Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

Pete C. Wetherall, Esq.
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, NV  89148

*Attorneys for Plaintiff*

Dated this 29th day of July, 2021.

GORDON REES SCULLY MANSUKHANI LLP

By: */s/Michael J. Lopes*
Michael John Lopes (Pro Hac Vice)
One Battery Park Plaza, 28th Floor
New York, NY  10004

Snell & Wilmer LLP
Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Goldberg Segalla LLP
David Osterman (Pro Hac Vice)
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540-6587

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this  28  day of July, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT