# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAWNDRA L. HEATH, | ) |
| Plaintiff, | ) Case No.: 2:17-cv-2869-GMN-BNW |
| vs. | ) |
| | ) **ORDER** |
| TRISTAR PRODUCTS, INC., a Pennsylvania Corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD., a foreign corporation; | ) |
| Defendants. | ) |

Defendant Tristar Products, Inc., and Zhongshan Jinguang Household Appliance Manufacture Co., Ltd., (collectively "Defendants") orally moved for Judgment as a Matter of Law on Day Five of the pending trial. Defendants sought Judgment as a Matter of Law as to Plaintiff's claim for strict liability, Nevada Deceptive Trade Practices Act, and punitive damages. For the reasons discussed at trial,

**IT IS HEREBY ORDERED** that Defendant's Motion for Judgment as a Matter of Law as to the punitive damages in relation to Plaintiff's Nevada Deceptive Trade Practices Act claim against Defendant Tristar is **GRANTED**. All other motions are **DENIED without prejudice.** The Clerk of Court shall enter judgment accordingly.

**DATED** this __18__ day of August, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT