Vaughn A. Crawford, Nevada Bar No. 7665
Dawn L. Davis, Nevada Bar No. 13329
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
vcrawford@swlaw.com
ddavis@swlaw.com

Michael John Lopes (*Pro Hac Vice*)
GORDON & REES
One Battery Park Plaza, 28th Floor
New York, New York  10004
(212) 453-0752
mlopes@grsm.com

David Osterman (*Pro Hac Vice*)
GOLDBERG SEGALLA LLP
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540-6587
(609) 986-1310
dosterman@goldbergsegalla.com

*Attorneys for Defendants*
*Tristar Products, Inc.* and *Zhongshan Jinguang Household Appliance Manufacture Co. Ltd.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAWNDRA L. HEATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD, a foreign corporation; DOE Individuals 1–10; and ROE Corporations 11–20,<br><br>Defendant. | Case Number:  2:17-cv-02869-GMN-BNW<br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE MOTIONS PURSUANT TO FED. R. CIV. P. 54 & 68** |

/ / /

/ / /

/ / /

IT IS HEREBY STIPULATED AND AGREED by and between the parties, that the deadline for Defendants Tristar Products, Inc. and Zhongshan Jinguang Household Appliance Manufacture Co., Ltd. to file Motions pursuant to Fed. R. Civ. P. 54 and 68 be extended from August 31, 2021 to September 14, 2021.

The Parties request this extension to accommodate ongoing negotiations regarding a final resolution of the case, which would obviate the need for further post-trial motion practice regarding fees and costs.

IT IS SO STIPULATED.

Dated this 31st day of August, 2021

COGBURN LAW

By: */s/ Jamie S. Cogburn*
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074

Pete C. Wetherall, Esq.
Wetherall Group, LTD
9345 W. Sunset Road, Suite 100
Las Vegas, Nevada 89148

*Attorneys for Plaintiff*

Dated this 31st day of August, 2021.

SNELL & WILMER L.L.P.

By: */s/ Dawn L. Davis*
Vaughn A. Crawford, Esq.
Nevada Bar No. 7665
Dawn L. Davis, Esq.
Nevada Bar No. 13329
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, Nevada 89169

Michael John Lopes (*Pro Hac Vice*)
Gordon Rees Scully Mansukhani LLP
One Battery Park Plaza, 28th Floor
New York, New York 10004

David Osterman (*Pro Hac Vice*)
Goldberg Segalla LLP
301 Carnegie Center Drive, Suite 200
Princeton, New Jersey 08540-6587

*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated this  31  day of August, 2021

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT