COGBURN LAW
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cogburncares.com
Joseph J. Troiano, Esq.
Nevada Bar No. 12505
jjt@cogburncares.com
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 748-7777
Facsimile: (702) 966-3880
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TAWNDRA L. HEATH, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TRISTAR PRODUCTS, INC., a Pennsylvania corporation; ZHONGSHAN JINGUANG HOUSEHOLD APPLIANCE MANUFACTURE CO., LTD, a foreign corporation; DOE Individuals 1–10; and ROE Corporations 11–20,<br><br>Defendant. | Case Number:<br>2:17-cv-02869-GMN-BNW<br><br>**STIPULATION TO EXTEND TIME TO FILE A REPLY BRIEF TO PLAINTIFF'S MOTION FOR NEW TRIAL** |

The Parties herein, through their respective counsel of record, submit this Stipulation to Extend Time to File a Reply Brief to Plaintiff's Motion for New Trial.

Plaintiff filed a Motion for New Trial on September 16, 2021. Defendant filed their Response to Plaintiff's Motion for New Trial on September 30, 2021. The current deadline for a Reply Brief to be filed by Plaintiff is October 7, 2021.

. . .

. . .

The parties agreed to a one-week extension for Plaintiff to file a Reply Brief, thus making the new deadline October 14, 2021.

Dated this 5th day of October 2021.

COGBURN LAW

By: /s/Joseph J. Troiano
    Jamie S. Cogburn, Esq.
    Nevada Bar No. 8409
    Joseph J. Troiano, Esq.
    Nevada Bar No. 12505
    2580 St. Rose Parkway, Suite 330
    Henderson, Nevada 89074
    *Attorneys for Plaintiff*

Dated this 5th day of October 2021.

SNELL & WILMER L.L.P.

By: /s/Dawn L. Davis
    Vaughn A. Crawford, Esq.
    Nevada Bar No. 7665
    Dawn L. Davis, Esq.
    Nevada Bar No. 13329
    3883 Howard Hughes Pkwy, Suite1100
    Las Vegas, Nevada 89169
    *Attorneys for Defendants, Tristar Products, Inc.& Zhongshan Jinguang Household Appliance Manufacture Co., LTD*

**IT IS SO ORDERED**.

Dated this  5  day of October, 2021

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT