AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Tawndra L. Heath,

                Plaintiff,

v.

Tristar Products, Inc., et al.,

                Defendants.

JUDGMENT For ATTORNEY FEES IN A CIVIL CASE

Case Number: 2:17-cv-2869-GMN-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment entered awarding Defendants, TriStar Products, Inc. and Zhongshan Jinguang Household Appliance Manufacture Co., Ltd., $349,003.50 in attorneys' fees and $85,536.34 in costs.

September 12, 2022
Date

DEBRA K. KEMPI
Clerk

/s/ T. Roush-Wallace
Deputy Clerk