# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TAWNDRA L. HEATH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> TRISTAR PRODUCTS, INC., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 2:17-cv-02869-GMN-BNW <br><br> **ORDER GRANTING MOTION FOR COSTS** |

This case arises from injuries that Plaintiff Tawndra L. Heath suffered after using a pressure cooker manufactured by Defendant Zhongshan Jinguang Household Appliance Manufacture Co., Ltd. and sold and distributed by Defendant Tristar Products, Inc.[1] Following a jury trial, the Court granted Defendants' oral Motion for Judgment as a Matter of Law. (Order, ECF No. 231). Defendants then filed a Bill of Costs and Verified Memorandum in the amount of $85,536.34, which the clerk taxed in the amount of $400.00. (Bill of Costs, ECF No. 233); (Clerk's Mem. Taxation Costs 3:12, ECF No. 249). The Court, however, awarded Defendants costs in the amount of $85,536.34. (Order 12:24–25, ECF No. 258). Plaintiff timely appealed, and the Ninth Circuit vacated the award of costs and remanded for this Court to reconsider the award in light of the deputy clerk's memorandum regarding taxation of costs.[2] (Mem. Dec. at 3–4, ECF No. 267). Now pending before the Court is Defendants' renewed Motion for Costs on remand, (ECF No. 270), which requests that Defendant Tristar be awarded costs consistent with the clerk's taxation of costs under Federal Rule of Civil Procedure

---

[1] The Court detailed the factual background of this case in its prior Order, (ECF No. 258), and incorporates that background herein.

[2] Plaintiff also appealed this Court's denial of her motions for judgment as a matter of law and for a new trial. The Ninth Circuit affirmed the Court's decisions on these matters. (Mem. Dec., ECF No. 267).

54(d)(1).  The Court **GRANTS** Defendants' Motion for Costs and amends the award of costs to reflect the deputy clerk's taxation of costs.

**IT IS HEREBY ORDERED** that Defendants' Motion for Costs is **GRANTED.**

**IT IS FURTHER ORDERED** that Defendant Tristar be awarded costs in the amount of $400 consistent with the deputy clerk's taxation of costs.  An amended judgment will follow.

**DATED** this __8___ day of April, 2024.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT